FILED
 2009 Jul-30 PM 02:07
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| CARL CHERY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 4:09-cv-581-WMA-JEO |
| SCOTT HASSELL, Warden or Chief of Etowah ) | |
| County Detention Center, et al., ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

The petitioner, Carl Chery, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting that he was being illegally detained by the respondents. (Petition, Doc. 1). He alleges that he is due to be released from custody. The respondents have filed a motion to dismiss this matter as being moot. (Doc. 5-1). Upon consideration, the court finds that the motion is due to be granted and that the petition is due to be dismissed.

In support of their motion to dismiss, the respondents have filed a copy of a declaration made pursuant to 28 U.S.C. § 1746 by a Deportation Officer stating that the petitioner was released from custody on July 10, 2009, on an order of supervision. (Doc. 5-2). Thus, his claim for release on parole or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, this matter is due to be dismissed as moot. A separate order will be entered.

**DONE** this the 30th day of July, 2009.

/s/ William M. Acker, Jr.
_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE